**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**

In Re: Kathy Scroggins Helmstetter, Debtor

No. 4:18-bk-71501 (Chapter 7)

**MOTION OF RED RIVER EMPLOYEES FEDERAL CREDIT UNION FOR RELIEF FROM THE AUTOMATIC STAY AND WAIVER OF 30 DAY HEARING REQUIREMENT**

The motion of Red River Employees Federal Credit Union aka Red River Federal Credit Union ("Red River") respectfully represents:

1. This Bankruptcy Court has jurisdiction over this proceeding pursuant to 28 U.S.C., Section 1471 and 11 U. S. C., Section 362.

2. Red River is the owner and holder of the contracts and debt which form the basis of this motion.

3. Red River is the owner and holder of the following:

a) Motor Vehicle Installment Sales Contract dated July 28, 2015, in the original principal sum of $17,404.25 ("Note"), a true and correct copy of which is attached hereto as Exhibit "1".

4. Payment of the Note and credit card is secured by the following:

a) Security Agreement dated July 28, 2014, covering the 2013 Ford ("Property") described therein which is a part of the Note.

Red River's lien against the Property was duly perfected in accordance with state law.

5. Continuation of the automatic stay of 11 U. S. C., Section 362(a) will work real and irreparable harm to Red River and will deprive Red River of the adequate protection to which it is entitled under 11 U. S. C., Section 362 and Section 363 for the following reasons among others:

a) The Debtor has or will surrender the Property to Red River.

6. Lifting of the automatic stay is proper so Red River can foreclose its lien and sell the Property.

7. If Red River is not permitted to foreclose its lien and sell the Property it will suffer irreparable injury, loss and damage.

8. For the above and foregoing reasons, Red River asserts cause exists sufficient to waive the requirement of Bankruptcy Rule 4001 (a)(3), therefore allowing an order to be effective upon this Honorable Court's signature.

WHEREFORE, Red River prays that upon final hearing of this motion an order be entered relieving it from the stay permitting it to foreclose its lien against the Property and for such other and further relief as is just and proper.

Dated: June 6, 2018.

Respectfully submitted,

/s/ Robert S. McGinnis, Jr.
ASB #80194
4102 Summerhill Road
Texarkana, TX 75503
903/798-1717
903/794-8911(fax)
rsmcg51354@aol.com

Attorney for Red River

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing instrument has been sent to Mr. William Bake Montgomery, attorney for Debtor, P. O. Box 785, Hope, AR 71802 and Ms. Renee S. Williams, Chapter 7 Trustee, 125 Roberts Ridge Terrace, Hot Springs, AR 71901-7286 by electronic mail or U. S. regular mail on June 6, 2018.

/s/ Robert S. McGinnis, Jr.

wp\bktct1\mtn7a.rr

# [illegible] RETAIL INSTALLMENT SALES CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number ______ Contract Number ______

Buyer: [illegible]
Address: [illegible]
City: [illegible] State: AR Zip: [illegible]
Phone: [illegible]

Seller-Creditor: HOPE AUTO CHEVROLET BUICK GMC
Address: 700 N. HERVEY
City: HOPE State: AR Zip: 71801
Phone: [illegible]

Co-Buyer: N/A
Address: N/A
City: N/A State: N/A Zip: N/A
Phone: N/A

The Buyer is referred to as "you" or "your." The Seller is referred to as "we" or "us." This contract may be transferred by the Seller.
PROMISE TO PAY: The credit price is shown below as the "Total Sale Price." The "Cash Price" is also shown below. By signing this contract, you choose to purchase the vehicle on credit according to the terms of this contract. You agree to pay us the Amount Financed, Finance Charge, and any other charges in this contract. You agree to make payments in U.S. funds according to the Payment Schedule in this contract. If more than one person signs as a buyer, you agree to keep all the promises in this agreement even if the others do not.

You have thoroughly inspected, accepted, and approved the vehicle in all respects.

### VEHICLE IDENTIFICATION

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER | | USE FOR WHICH PURCHASED |
|---|---|---|---|---|---|
| 2013 | FORD | FUSION | [illegible]99258 | ☐ NEW ☐ DEMONSTRATOR ☐ FACTORY OFFICIAL/EXECUTIVE ☒ USED | PERSONAL, FAMILY OR HOUSEHOLD [illegible] ☐ BUSINESS OR COMMERCIAL ☐ AGRICULTURAL |

Trade-In Make N/A Model N/A
Year N/A VIN N/A License No. N/A

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $[illegible] |
|---|---|---|---|---|
| 7.[illegible] % | $ [illegible].15 | $ [illegible].28 | $ [illegible].43 | $ [illegible].43 |

Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| [illegible] | $ [illegible] | Monthly beginning [illegible]/11/2015 |
| N/A | N/A | or as follows: N/A |
| N/A | N/A | N/A |

Late Charge. If we do not receive your entire payment within 15 days after it is due (10 days if you are buying a heavy commercial vehicle), you will pay a late charge of 5% of the scheduled payment.
Prepayment. If you pay all that you owe early, you will not have to pay a penalty.
Security Interest. We will have a security interest in the vehicle being purchased.
Additional Information: See this document for more information about nonpayment, default, security interest, and any required repayment in full before the scheduled date.

### ITEMIZATION OF AMOUNT FINANCED

1. Cash Price (including any accessories, services, taxes) ... $ 17[illegible].86 (1)
2. Total Downpayment = (If negative, enter "0" and see Line 4K below)
   - Gross Trade-In $ N/A
   - − Pay Off Made By Seller $ N/A
   - = Net Trade In $ N/A
   - + Cash $ [illegible]
   - + Mfr. Rebate N/A $ N/A
   - + Other (describe) $ N/A
   - Total Downpayment $ [illegible] (2)
3. Unpaid Balance of Cash Price (1 minus 2) $ [illegible] (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts):
   - A. Net trade-in payoff to ... $ N/A
   - B. Cost of Optional Credit Insurance Paid to Insurance Company or Companies. Life $ N/A Disability $ N/A ... $ N/A
   - C. Other Optional Insurance Paid to Insurance Company or Companies $ [illegible]
   - D. Official Fees Paid to Government Agencies $ N/A
   - E. Debt Cancellation Agreement Fee Paid to the Seller $ N/A
   - F. Dealer's Inventory Tax (DIT) (not included in Cash Price) $ N/A
   - G. Sales Tax (not included in Cash Price) $ N/A
   - H. Other Taxes (not included in Cash Price) $ N/A
   - I. Government License and/or Registration Fees $ [illegible]
   - J. Government Certificate of Title Fees $ [illegible]
   - K. Government Vehicle Inspection Fees $ [illegible]
   - L. Deputy Service Fee Paid to Dealer $ [illegible]
   - M. Documentary Fee (Cannot be waived) $ [illegible]

A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS RELATING TO THE SALE. A DOCUMENTARY FEE MAY NOT EXCEED A REASONABLE AMOUNT AGREED TO BY THE PARTIES. THIS NOTICE IS REQUIRED BY LAW.

UN CARGO DOCUMENTAL NO ES UN CARGO OFICIAL. LA LEY NO EXIGE QUE SE IMPONGA UN CARGO DOCUMENTAL, PERO ESTE PODRIA COBRARSE A LOS COMPRADORES POR EL MANEJO DE LA DOCUMENTACION RELACIONADA CON LA VENTA. UN CARGO DOCUMENTAL NO PUEDE EXCEDER UNA CANTIDAD RAZONABLE ACORDADA POR LAS PARTES. ESTA NOTIFICACION SE EXIGE POR LEY.

   - N. Other Charges (Seller must identify who is paid and describe purpose): [illegible] $ [illegible]; N/A $ N/A (remaining lines)
   - Total Other Charges and Amounts Paid to Others on Your Behalf $ [illegible] (4)
5. Amount Financed (3 + 4) $ [illegible] (5)

PROPERTY INSURANCE: [illegible]

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Optional Credit Life and Credit Disability Insurance

Credit life insurance and credit disability insurance are not required to obtain credit. They will not be provided unless you sign and agree to pay the extra cost. [illegible]

☐ Credit Life: one buyer N/A Term N/A
☐ Credit Life: both buyers N/A Term N/A
☐ Credit Disability: one buyer N/A Term N/A
☐ Credit Disability: both buyers N/A Term N/A

N/A (Insurance Company)
N/A (Home Office Address)

Credit life insurance pays only the amount you would owe if you paid all the payments on time. Credit disability insurance does not cover any increase in your payment or in the number of payments.
If the term of the insurance is 121 months or longer, the premium is not fixed or approved by the Texas Insurance Commissioner.

You want the insurance indicated above.
N/A Buyer's signature Date
N/A Co-Buyer's signature Date

### Optional Insurance Coverages and Debt Cancellation Agreement

[illegible]

THE ONE CAP (Insurance Company)

[illegible]

X [signature] 07/28/2015 Buyer's signature Date
X N/A Co-Buyer's signature Date

LIABILITY INSURANCE: THIS CONTRACT DOES NOT INCLUDE INSURANCE COVERAGE FOR PERSONAL LIABILITY AND PROPERTY DAMAGE CAUSED TO OTHERS.

### CONSUMER CREDIT COMMISSIONER NOTICE

To contact ______ about this account, call ______. This contract is subject in whole or in part to Texas law which is enforced by the Consumer Credit Commissioner, 2601 N. Lamar Blvd., Austin, Texas 78705-4207, (800) 538-1579, www.occc.state.tx.us, and can be contacted relative to any inquiries or complaints.

***The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.***

Any change to this contract must be in writing. Both you and we must sign it. No oral changes to this contract are enforceable.

Buyer X [signature] Co-Buyer X N/A
See back for other important agreements.

CONSUMER WARNING: Notice to the buyer—Do not sign this contract before you read it or if it contains any blank spaces. You are entitled to a copy of the contract you sign. Under the law, you have the right to pay off in advance all that you owe and under certain conditions may save a portion of the finance charge. You will keep this contract to protect your legal rights.

BUYER'S ACKNOWLEDGEMENT OF CONTRACT RECEIPT: YOU AGREE TO THE TERMS OF THIS CONTRACT AND ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF IT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT.

Buyer Signs X [signature] Date 07/28/15 Co-Buyer Signs X N/A Date N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here: [illegible] Date N/A Address N/A

Seller signs [illegible] Date [illegible] By X [signature] Title [illegible]

THIS CONTRACT IS NOT VALID UNTIL YOU AND WE SIGN IT.

Seller assigns its interest in this contract to RED RIVER EMPLOYEES FCU (Assignee) under the terms of Seller's agreement(s) with Assignee.
☒ Assigned with recourse ☐ Assigned with limited recourse
Seller HOPE AUTO CHEVROLET BUICK GMC By X [signature] Title [illegible]

ORIGINAL LIENHOLDER

# CERTIFICATE OF TITLE

## STATE OF ARKANSAS

| VEHICLE IDENTIFICATION NUMBER | | YEAR | MAKE | MODEL | | BODY TYPE |
|---|---|---|---|---|---|---|
| 3FA6P0H70DR169258 | | 2013 | FORD | FUS | | 4D |
| TITLE NUMBER | PREVIOUS TITLE NUMBER | PREV. TITLE STATE | | ISSUE DATE | ODOMETER | UNLADEN WEIGHT |
| 761003471768 | 761001209457 | AR | | 09/09/2015 | 44104 | 3325 |

MAILING ADDRESS

RED RIVER EMPLOYEE FCU
PO BOX 5909
TEXARKANA, TX 75505-5909

REMARKS

OD ACTUAL

OWNER

HELMSTETTER, KATHY
311 HEMPSTEAD 326
OZAN, AR 71855-9063

OWNER'S SIGNATURE (IF JOINT OWNERSHIP, BOTH MUST SIGN)
THIS TITLE MUST BE SIGNED UPON RECEIPT BY OWNERS

FIRST LIENHOLDER

RED RIVER EMPLOYEE FCU
PO BOX 5909
TEXARKANA, TX 75505-5909

DATE OF LIEN 7/28/2015

FIRST RELEASE

INTEREST IN THE ABOVE DESCRIBED VEHICLE IS HEREBY RELEASED

Name

Title Date

The Department of Finance and Administration, State of Arkansas, hereby certifies that the applicant named hereon is duly registered as the owner of the vehicle described above. From the statements of the owner and the records on file with this department the hereon described vehicle is subject to the liens enumerated below.

In Witness Whereof, I have affixed my hand and seal.

COMMISSIONER OF REVENUE

08283884

SR02901

VOID IF ALTERED