IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

In Re:     Kathy Scroggins Helmstetter,            No. 4:18-bk-71501
             Debtor                                                (Chapter 7)

## ORDER LIFTING STAY

On this day is presented to the Court the motion of Red River Employees Federal Credit Union aka Red River Federal Credit Union ("Red River") for relief from the automatic stay filed on June 6, 2018 ("Motion"), and after appropriate notice the Court finds that the Motion is unopposed, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1.     The automatic stay is lifted as to the 2013 Ford described in the attachments to the Motion ("Property"), and the Debtor to the extent necessary for Red River to foreclose its lien against the Property.

2     Since the Motion was unopposed by any party, the stay period otherwise imposed by Fed. R. Bankr. P. 4001(a) (3) shall not be applicable to this Order.

3.     If the proceeds from any sale of the Property exceed the amount owed to Red River it will forward said excess proceeds to the Trustee.

Date: July 3, 2018

_____
United States Bankruptcy Judge

Submitted by:

Robert S. McGinnis, Jr.
4102 Summerhill Road
Texarkana, TX 75503
ASB 80194
rsmcg51354@aol.com
903-798-1717
Attorney for Red River